BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| Allegiance Health Management, Inc., *et al.*, *individually and on behalf of all other similarly situated*,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MultiPlan, Inc., *et al.*<br><br>                    Defendants. | MDL No. |

**CHICAGO MOVANTS' JOINT MOTION TO TRANSFER RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

  Plaintiffs Allegiance Health Management, Inc. ("Allegiance"), Live Well Chiropractic PLLC ("Live Well"), Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital ("Lake Martin"), and Elmore Community Hospital Rural Health Association d/b/a Elmore Community Hospital ("Elmore") (collectively, the "Chicago Movants")[1] respectfully move, pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing all currently filed related actions that allege MultiPlan, Inc., and commercial healthcare insurance providers have conspired to fix, suppress, and stabilize the reimbursement rates paid to healthcare providers for out-of-network healthcare services in the United States in violation of Section 1 of the Sherman Act, to either the

---

[1] Allegiance is the plaintiff in *Allegiance Health Management, Inc., et al. v. MultiPlan, Inc., et al.*, No. 1:24cv3223 (N.D. Ill.); Live Well is the plaintiff in *Live Well Chiropractic PLLC v. MultiPlan, Inc., et al.*, No. 1:24-cv-03680 (N.D. Ill.); and Lake Martin Community Hospital and Elmore Community Hospital are the plaintiffs in *Lake Martin Community Hospital, et al. v. MultiPlan, Inc.*, No. 1:24-cv-03900 (N.D. Ill.).

1

Hon. Martha M. Pacold of the Northern District of Illinois, or such other judge in the Northern District of Illinois as the Panel may choose. In support of their motion, the Chicago Movants state:

1. To date, at least six actions have been filed regarding the alleged conspiracy to fix reimbursement rates paid to healthcare providers for out-of-network healthcare services in the United States: (a) the three Chicago Movants' class actions, each pending in the Northern District of Illinois; (b) a class action in the North District of California, as yet unassigned; and (c) two non-class actions in the Southern District of New York. Each of these is set forth in the accompanying Schedule of Related Actions (with Chicago Movants, the "Related Actions").

2. Transfer and centralization of these cases will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

3. Given the national scope of the alleged conspiracy and significant geographic concentration of the defendants in the Midwest and along the East Coast, Chicago is the most convenient location for the parties and witnesses. Transfer to the Northern District of Illinois and the Hon. Martha M. Pacold (or any of the other judges in the district) would allow the Panel to assign the actions to a district with substantial resources and experience in managing complex multidistrict litigation.

4. This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently.

WHEREFORE, the Chicago Movants respectfully request that the Panel order that the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to the Hon. Martha M. Pacold of the Northern District of Illinois, or such

other judge in the district as the Panel may choose, for consolidated or coordinated pretrial proceedings.

Dated: May 20, 2024                                          Respectfully submitted,

/s/ *Warren T. Burns*
Warren T. Burns
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 458-9890
wburns@burnscharest.com
qburns@burnscharest.com

Korey A. Nelson
Amanda K. Klevorn
Natalie Earles
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
knelson@burnscharest.com
aklevorn@burnscharest.com
nearles@burnscharest.com

Matthew S. Tripolitsiotis
BURNS CHAREST LLP
757 Third Ave., 20th Floor
New York, NY 10017
Tel: (469) 895-45505269
mtripolitsiotis@burnscharest.com

Christopher Cormier
Matthew Strauser
BURNS CHAREST LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel.: (202) 577-3977
ccormier@burnscharest.com
mstrauser@burnscharest.com

3

Derrick G. Earles
LABORDE EARLES
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Tel.: (337) 223-9925
digger@onmyside.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P. C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
312.899.9090
213.251.1160 Facsimile

*Counsel for the Allegiance Plaintiff*

Brian D. Clark
David W. Asp
R. David Hahn
Derek Waller
**Lockridge Grindal Nauen PLLP**
100 Washington Ave. S, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
bdclark@locklaw.com
dwasp@locklaw.com
rdhahn@locklaw.com

Stephen J. Teti
Kristie A. LaSalle
**Lockridge Grindal Nauen PLLP**
265 Franklin St., Suite 1702
Boston, MA 02110
T: 617-535-3763
sjteti@locklaw.com
kalasalle@locklaw.com

Kyle J. Pozan
**Lockridge Grindal Nauen PLLP**
1165 N. Clark Street
Suite 700
Chicago, IL 60610
T: 312-205-8968
kjpozan@locklaw.com

*Counsel for the Live Well Plaintiff*

Joseph P. Guglielmo (N.D. Ill. Bar No. 2759819)
Robin A. van der Meulen (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
jguglielmo@scott-scott.com
rvandermeulen@scott-scott.com

Patrick J. Coughlin (pro hac vice forthcoming)
Carmen Medici (pro hac vice forthcoming)
Jonathan Smallwood (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
pcoughlin@scott-scott.com
cmedici@scott-scott.com
jsmallwood@scott-scott.com

Patrick McGahan (pro hac vice forthcoming)
Michael Srodoski (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Counsel for the Lake Martin Plaintiffs*