BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **Allegiance Health Management, Inc.**, *et al.*, *individually and on behalf of all other similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> **MultiPlan, Inc.**, *et al*. <br><br> Defendants. | MDL No. |

**SCHEDULE OF RELATED ACTIONS**

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** Adventist Health System Sunbelt Healthcare Corporation <br> **v.** <br> **Defendant:** MultiPlan Inc | Southern District of New York. | 1:23-cv-07031 | Edgardo Ramos |
| B. | **Plaintiff:** CHS Community Health Systems, Inc. <br> **v.** <br> **Defendant:** Multiplan, Inc; | Southern District of New York | 1:24-cv-03544 | Edgardo Ramos |
| C. | **Plaintiff:** Allegiance Health Management, Inc <br> **v.** <br> **Defendants:** Multiplan Inc; Health Care Service Corporation; Aetna, Inc; Elevance Health, Inc; Centene Corporation; Cigna Group; United Health Group, Inc.; Humana, Inc.; and Kaiser Permanente LLC | Northern District of Illinois | 1:24-cv-03223 | Martha M. Pacold |

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| D. | **Plaintiff: Live Well Chiropractic PLLC** <br> v. <br> **Defendants:** Multiplan, Inc; Multiplan Corp; Viant Inc; Viant Payment Systems, Inc; National Care Network LP; National Care Network, LLC; United Health Group, Inc; Aetna, Inc; Elevance Health, Inc; Centene Corporation; Cigna Group; Health Care Service Corp.; Humana Inc; Kaiser Permanente LLC; Blue Shield of California, Inc; Blue Cross Blue Shield of Michigan Mutual Insurance Co. and Health Alliance Medical Plans, Inc. | Northern District of Illinois | 1:24-cv-03680 | Andrea R. Wood |
| E. | **Plaintiffs:** Ivy Creek of Tallapoosa, LLC and Elmore Community Hospital Rural Health Association <br> v. <br> **Defendant:** Multiplan,Inc | Northern District of Illinois | 1:24-cv-03900 | Sunil R. Harjani |
| F. | **Plaintiffs:** Curtis Robinson MD, Inc d/b/a Panoramic Medicine <br> v. <br> **Defendants:** Multiplan, Inc; Aetna Inc; The Cigna Group; United Health Group Inc. | Northern District of California | 3:24-cv-02993 | |

Dated: May 20, 2024

Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 458-9890