BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **Allegiance Health Management, Inc.,** *et al.*, *individually and on behalf of all other similarly situated*,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**MultiPlan, Inc.,** *et al.*<br><br>**Defendants.** | **MDL No.** |

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that a copy of the foregoing Motion to Transfer, Brief in Support of Motion to transfer, Schedule of Actions, and Certificate of Service was electronically filed with the Clerk of the Court through the CM/ECF system and that I served them on all parties as set forth in the service list below via Electronic Mail and/or First Class Mail.

Dated: May 20, 2024                                    Respectfully submitted,

                                                                              */s/   Warren T. Burns*
                                                                              Warren T. Burns
                                                                              BURNS CHAREST LLP
                                                                              900 Jackson Street, Suite 500
                                                                              Dallas, Texas 75202
                                                                              Tel.: (469) 458-9890

1

Case MDL No. 3121   Document 1-3   Filed 05/20/24   Page 2 of 7

| Plaintiff's Counsel Via Electronic Mail ||
|---|---|
| **Adventist Health System Sunbelt Healthcare Corporation v Multiplan Inc 1:23-cv-07031(S.D.N.Y)**<br><br>Dylan Ballard<br>Madison Lo<br>Michael Scarborough<br>Vinson & Elkins<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>415-979-6955<br>Email: dballard@velaw.com<br>Email: mlo@velaw.com<br>Email: mscarborough@velaw.com<br><br>Rami Abdallah Rashmawi<br>Stephen M. Medlock<br>Michael Smith McCambridge<br>Tyler Somes<br>Vinson & Elkins LLP<br>2200 Pennsylvania Ave., NW, Suite 500<br>Washington, DC 20037<br>202-639-6757<br>Email: rrashmawi@velaw.com<br>Email: smedlock@velaw.com<br>Email: mmccambridge@velaw.com<br>Email: tsomes@velaw.com<br><br>Mackenzie Grey Newman<br>Christopher Emmanuel Duffy<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>212-237-0000<br>Fax: 212-237-0100<br>Email: mnewman@velaw.com<br>Email: cduffy@velaw.com<br><br>**Ivy Creek of Tallapoosa LLC et al v. Multiplan, Inc. 24-cv-03900 (NDIL)**<br><br>Joseph P Guglielmo<br>Scott+scott Attorneys At Law Llp<br>230 Park Avenue<br>17th Floor | **Live Well Chiropractic PLLC v. Multiplan, Inc. et al, 24-cv-03680 (NDIL)**<br><br>Kyle Pozan<br>Stephen J. Teti<br>Brian David Clark<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue S<br>Suite 2200<br>Minneapolis, MN 55401<br>(612) 596-4078<br>Email: kjpozan@locklaw.com<br>Email: sjteti@locklaw.com<br>Email: bdclark@locklaw.com<br><br>**CHS/Community Health Systems, Inc. v. Multiplan, Inc, 24-cv-03544 (SDNY)**<br><br>Dylan Ballard<br>Michael Scarborough<br>Vinson & Elkins<br>555 Mission Street<br>Suite 2000<br>San Francisco, CA 94105<br>415-979-6955<br>Email: dballard@velaw.com<br>Email: mscarborough@velaw.com<br><br>Mackenzie Grey Newman<br>James McGovern<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>212-237-0000<br>Fax: 212-237-0100<br>Email: mnewman@velaw.com<br>Email: jmcgovern@velaw.com<br><br>Stephen M. Medlock<br>Vinson & Elkins LLP<br>2200 Pennsylvania Ave., NW<br>Suite 500 West<br>Washington, DC 20037<br>202-639-6578<br>Email: smedlock@velaw.com |

2

| | |
|---|---|
| New York, NY 10169<br>(212) 223-6444<br>Email: jguglielmo@scott-scott.com | **Curtis F. Robinson MD. Inc d/b/a Panoramic Medicine**<br><br>Yaman Salahi (SBN 288752)<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Telephone: (415) 212-9300<br>Email: ysalahi@edelson.com<br><br>Natasha J. Fernandez-Silber<br>Julian Zhu<br>Edelson PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois, 60654<br>Telephone: (773) 389-2242<br>Email: nfernandezsilber@edelson.com<br>jzhu@edelson.com |

| Defendants' Counsel Served Via Electronic Mail ||
|---|---|
| **Multiplan, Inc & Multiplan Corp;** | Gary Feinerman<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312-876-7700<br>gary.feinerman@lw.com<br><br>Eric Evans Wohlforth ,Jr<br>Robinson & Cole LLP666 Third Avenue<br>Ste 20th Floor<br>New York, NY 10017<br>212-451-2999<br>Email: ewohlforth@rc.com<br><br>Errol J. King<br>Brittany Holt Alexander<br>Katherine C. Mannino<br>Taylor J. Crousillac<br>Phelps Dunbar LLP<br>II City Plaza<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5618<br>225-346-0285<br>Email: errol.king@phelps.com<br>Email: brittany.alexander@phelps.com |

| | |
|---|---|
| | Email: katie.mannino@phelps.com<br>Email: taylor.crousillac@phelps.com<br><br>Lawrence Edward Buterman<br>Katherine A. Rocco<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200<br>Email: lawrence.buterman@lw.com<br>Email: katherine.rocco@lw.com<br><br>Sadik Harry Huseny<br>Brendan McShane<br>Latham & Watkins, LLP<br>505 Montgomery Street, Ste. 2000<br>San Francisco, CA 94111<br>415-391-0600<br>Email: sadik.huseny@lw.com<br>Email: brendan.mcshane@lw.com<br><br>Anna M Rathbun<br>Molly M. Barron<br>Latham & Watkins<br>555 Eleventh Street, NW, Suite1000<br>Washington, DC 20004<br>202-637-2200<br>Email: anna.rathbun@lw.com<br>Email: molly.barron@lw.com<br><br>Craig L. Caesar<br>Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130<br>504-584-9272<br>Email: Craig.Caesar@phelps.com |
| **Health Care Service Corporation** | Brian Kavanaugh<br>Scott D. Stein<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>bkavanaugh@sidley.com<br>sstein@sidley.com |

4

|   |   |
|---|---|
| **Aetna, Inc** | Jonathan B. Pitt<br>Katherine A. Trefz (pro hac vice forthcoming)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Telephone: 202-434-5000<br>jpitt@wc.com<br>ktrefz@wc.com |
| **Elevance Health, Inc** | E. Desmond Hogan<br>Justin Bernick<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>Jordan D. Teti<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600<br>jordan.teti@hoganlovells.com |
| **Centene Corporation** | Arthur J. Burke<br>Sheila R. Adams James<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>arthur.burke@davispolk.com<br>sheila.adams@davispolk.com |
| **The Cigna Group** | Daniel R. Campbell (SBN 6312473)<br>Emilie O'Toole (SBN 6330228)<br>McDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>Telephone: (312) 372-2000<br>dcampbell@mwe.com<br>eotoole@mwe.com |

|  | Joshua B. Simon<br>Warren Haskel<br>Dmitriy Tishyevich<br>Chelsea Cosillos<br>McDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>jsimon@mwe.com<br>whaskel@mwe.com<br>dtishyevich@mwe.com<br>ccosillos@mwe.com |
|---|---|
| **United Healthcare Group, Inc** | Rachel Brass<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>RBrass@gibsondunn.com<br>(415) 393-8293<br><br>Heather Richardson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>HRichardson@gibsondunn.com<br>(213) 229-7409 |
| **Kaiser Foundation Health Plan (Kaiser Permanete LLC)** | Jason Stiehl (IL 6276001)<br>CROWELL & MORING LLP<br>455 North City front Plaza Drive, Suite 3600<br>Chicago, IL 60611<br>Telephone: 312-321-4200<br>jstiehl@crowell.com<br><br>Jason C. Murray<br>Jordan L. Ludwig<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4750<br>jmurray@crowell.com<br>jludwig@crowell.com<br><br>Ashley L. McMahon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW |

|  | Washington, DC 20004<br>Telephone: 202-624-2500<br>amcmahon@crowell.com |
|---|---|

| **Defendant's Served Via First Class Mail** ||
|---|---|
| **Humana, Inc** | Humana, Inc<br>c/o Joseph Ventura – Chief Legal Officer<br>500 West Main Street<br>Louisville, Kentucky 40202 |
| **Blue Cross Blue Shield of Michigan Mutual Insurance Company** | 600 Layfayette East<br>Detroit, MI 48226 |
| **Blue Shield of California, Inc.** | 601 12th Street<br>Oakland, CA 94607 |
| **Healthcare Service Corp.** | 300 E. Randolph St.<br>Chicago, IL 60601 |
| **National Care Network LP and National Care Network LLC** | 251 Little Falls Dr.<br>Wilmington, DE 19808 |
| **Blue Cross Blue Shield of Florida** | 4800 Deerwood Campus Pkwy<br>Jacksonville, FL 32246 |
| **Viant Payment Systems and Viant, Inc** | 801 Adlai Stevenson Dr.<br>Springfield, IL 62703 |
| **Healthcare Alliance Medical Plans, Inc** | 3310 Fields South Drive<br>Champaign, IL 61822 |