BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | MDL No. 3121 |
|---|---|

## ATTACHMENT B
## SCHEDULE OF ACTIONS

| Plaintiffs' Counsel | Case Caption | Civil Action No. | Date Filed | Defendants | Court (Judge) |
|---|---|---|---|---|---|
| Vinson & Elkins LLP | *Adventist Health System Sunbelt Healthcare Corp. v. MultiPlan, Inc.* | 23-cv-7031 | 8/9/2023 | MultiPlan, Inc. | S.D.N.Y. (Ramos) |
| Burns Charest LLP<br><br>Clifford Law Office, P.C.<br><br>Laborde Earles | *Allegiance Health Management, Inc. v. MultiPlan, Inc.* | 24-cv-3223 | 4/22/2024 | MultiPlan, Inc.<br>Health Care Service Corp.<br>Aetna, Inc.<br>Elevance Health, Inc.<br>Centene Corporation<br>The Cigna Group<br>UnitedHealth Group<br>Humana, Inc.<br>Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Insurance Company (erroneously named as Kaiser Permanente LLC) | N.D. Ill. (Pacold) |
| Lockridge Grindal Nauen PLLP | *Live Well Chiropractic PLLC v. MultiPlan, Inc.* | 24-cv-3680 | 5/6/2024 | MultiPlan, Inc.<br>MultiPlan Corp.<br>Viant, Inc.<br>Viant Payment Systems, Inc.<br>National Care Network, LLC<br>UnitedHealth Group<br>Aetna, Inc.<br>Elevance Health, Inc.<br>Centene Corporation<br>The Cigna Group<br>Health Care Service Corp.<br>Humana, Inc.<br>Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Insurance Company (erroneously named as Kaiser Permanente LLC) | N.D. Ill. (Pacold) |

| Plaintiffs' Counsel | Case Caption | Civil Action No. | Date Filed | Defendants | Court (Judge) |
|---|---|---|---|---|---|
| | | | | Blue Shield of California<br>BCBS of Florida, Inc.<br>BCBSM<br>Health Alliance Medical Plans, Inc. | |
| Vinson & Elkins LLP | *CHS/Community Health Systems, Inc. v. MultiPlan, Inc.* | 24-cv-3544 | 5/8/2024 | MultiPlan, Inc. | S.D.N.Y. (Ramos) |
| Scott & Scott Attorneys at Law LLP<br><br>Korein Tillery PC | *Ivy Creek of Tallapoosa LLC v. MultiPlan, Inc.* | 24-cv-3900 | 5/13/2024 | MultiPlan, Inc. | N.D. Ill. (Pacold) |
| Edelson PC | *Curtis F. Robinson M.D., Inc. v. MultiPlan, Inc.* | 24-cv-2993 | 5/13/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group | N.D. Cal. (Lin) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Hillside Recovery Center LLC v. MultiPlan, Inc.* | 24-cv-4387 | 6/7/2024<br><br>6/17/2024 (Am. Compl.) | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *HOLY Addiction Care Center v. MultiPlan, Inc.* | 24-cv-4394 | 6/7/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *AMS Pro Group LLC v. MultiPlan, Inc.* | 24-cv-4388 | 6/7/2024;<br><br>6/17/2024 (Am. Compl.) | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Inspire Recovery Center Inc. v. MultiPlan, Inc.* | 24-cv-4389 | 6/7/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |

| Plaintiffs' Counsel | Case Caption | Civil Action No. | Date Filed | Defendants | Court (Judge) |
|---|---|---|---|---|---|
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *LNA Realty Inc. v. MultiPlan, Inc.* | 24-cv-4396 | 6/7/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *MAS Pro Group LLC v. MultiPlan, Inc.* | 24-cv-4398 | 6/7/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Meta Wellness Inc. v. MultiPlan, Inc.* | 24-cv-4381 | 6/7/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *New Life Inc. v. MultiPlan, Inc.* | 24-cv-4400 | 6/8/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Ohana Retreat LLC v. MultiPlan, Inc.* | 24-cv-4405 | 6/8/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Ritz Recovery Inc. v. MultiPlan, Inc.* | 24-cv-4403 | 6/8/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Tarzana Recovery Center v. MultiPlan, Inc.* | 24-cv-4404 | 6/8/2024;<br><br>6/17/2024 (Am. Compl.) | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Uplift Recovery Center, LLC v. MultiPlan, Inc.* | 24-cv-4406 | 6/8/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP<br><br>Napoli Shkolnik PLLC | *Vanity Detox Center Inc. v. MultiPlan, Inc.* | 24-cv-4407 | 6/8/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group Inc.<br>Elevance Health, Inc. | S.D.N.Y. (Ramos) |
| Arnall Golden Gregory LLP | *Vanity Wellness Center Inc. v. MultiPlan, Inc.* | 24-cv-4408 | 6/8/2024; | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group | S.D.N.Y. (Ramos) |

| Plaintiffs' Counsel | Case Caption | Civil Action No. | Date Filed | Defendants | Court (Judge) |
|---|---|---|---|---|---|
| Napoli Shkolnik PLLC | | | 6/17/2024 (Am. Compl.) | UnitedHealth Group Inc. Elevance Health, Inc. | |
| Lite DePalma Greenberg & Afanador, LLC | *Anesthesia Care P.C. v. MultiPlan, Inc.* | 24-cv-4919 | 6/13/2024 | MultiPlan, Inc. | N.D. Ill. (Kennelly) |
| Edelson PC<br><br>Susman Godfrey LLP | *Advanced Orthopedic Center, Inc. v. MultiPlan, Inc.* | 24-cv-4656 | 6/18/2024 | MultiPlan, Inc.<br>Aetna, Inc.<br>The Cigna Group<br>UnitedHealth Group, Inc. | S.D.N.Y. (Ramos) |
| Burger Law<br><br>Cuneo Gilbert & Laduca, LLP<br><br>Barrett Law Group, P.A. | *Shoshany v. MultiPlan, Inc.* | 24-cv-5201 | 6/21/2024 | MultiPlan, Inc.<br>MultiPlan Corp.<br>Viant, Inc.<br>Viant Payment Systems, Inc.<br>National Care Network LLC<br>Aetna, Inc.<br>Centene Corporation<br>The Cigna Group<br>Elevance Health, Inc.<br>Health Care Service Corp.<br>Humana Inc.<br>Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Insurance Company (erroneously named as Kaiser Permanente LLC)<br>UnitedHealth Group, Inc. | N.D. Ill. (Blakey) |