BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: MultiPlan Health Insurance Provider Litigation | MDL No. 3121 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation (the "Panel"), notice is hereby issued to the Clerk of the Panel that on July 24, 2024, the following related action was filed in the United States District Court for the Northern District of Illinois:

- *Peak Chiropractic Health and Wellness LLC v. Multiplan, Inc.*, Case No. 1:24-cv-06284

A copy of the complaint and docket sheets as of this date are attached hereto.

DATED: July 24, 2024

Respectfully submitted,

*/s/ Deborah Elman*
Deborah Elman
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street
28th Floor
New York, New York 10005
Telephone: (212) 398-0055
delman@garwingerstein.com

*Counsel for Plaintiff Peak Chiropractic Health and Wellness LLC*