BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: MultiPlan Health Insurance Provider Litigation | MDL No. 3121 |
|---|---|

## SCHEDULE OF ADDITIONAL ACTION

|   | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | *Plaintiff (s):* Peak Chiropractic Health and Wellness LLC<br><br>*Defendant(s):* Multiplan, Inc. | N.D.Ill. | 1:24-cv-06284<br>(*Filed July 24, 2024*) | Martha M. Pacold |

Dated: July 24, 2024

Respectfully submitted,

*/s/ Deborah Elman*
Deborah Elman
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street
28th Floor
New York, New York 10005 Telephone: (212) 398-0055
delman@garwingerstein.com

*Counsel for Plaintiff Peak Chiropractic Health and Wellness LLC*