BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: MultiPlan Health Insurance Provider Litigation | MDL No. 3121 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Proof of Service was served by Email on July 24, 2024, to the following:

### Plaintiff's Counsel

| *Steven Shoshany, D.C., v. Multiplan, Inc., et al.*, Case No. 1:24-cv-05201 | *Allegiance Health Management, Inc. et al. v. MultiPlan, Inc. et al.*, Case No. 1:24-cv-03223 |
|---|---|
| Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>Two CityPlace Drive, Second Floor<br>St. Louis, MO 63141<br>mflannery@cuneolaw.com<br><br>Gary Burger (N.D. Ill. Bar No.6212156)<br>BURGER LAW<br>332 S Michigan Ave, Suite 900<br>Chicago, IL 60604<br>gary@burgerlaw.com<br><br>Charles J. LaDuca; Evelyn Riley; Claire Esmonde<br>CUNEO GILBERT & LADUCA, LLP 4725 Wisconsin Ave. NW, Suite 200<br>Washington, DC 20016<br>charles@cuneolaw.com<br>evelyn@cuneolaw.com<br>cesmonde@cuneolaw.com | Warren T. Burns<br>Quinn M. Burns<br>BURNS CHAREST LLP<br>900 Jackson St., Suite 500<br>Dallas, TX 75202<br>Telephone: (469) 904-4550<br>wburns@burnscharest.com<br>qburns@burnscharest.com<br><br>Robert A. Clifford<br>Shannon M. McNulty<br>James C. Pullos<br>Kristofer S. Riddle<br>CLIFFORD LAW OFFICES, P.C.<br>12 North LaSalle Street, 36th Floor<br>Chicago, Il 60602<br>Telephone: 312-899-9090<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br>jcp@cliffordlaw.com<br>ksr@cliffordlaw.com |

| | |
|---|---|
| John W. Barrett; Sterling Aldridge<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927, 404 Court Square North<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>saldridge@barrettlawgroup.com | Derrick G. Earles<br>LABORDE EARLES<br>1901 Kaliste Saloom Road<br>Lafayette, LA 70508<br>Telephone: 337-223-9925<br>digger@onmyside.com |
| ***Adventist Health System Sunbelt Healthcare Corporation v. Multiplan Inc.*, Case No. 1:23-cv-07031**<br><br>Dylan Ballard<br>Madison Lo<br>Michael Scarborough<br>VINSON & ELKINS<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: 415-979-6955<br>dballard@velaw.com<br>mlo@velaw.com<br>mscarborough@velaw.com<br><br>Rami Abdallah Rashmawi<br>Stephen M. Medlock<br>Michael Smith McCambridge<br>Tyler Somes<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Ave., NW, Suite 500<br>Washington, DC 20037<br>Telephone: 202-639-6757<br>rrashmawi@velaw.com<br>smedlock@velaw.com<br>mmccambridge@velaw.com<br>tsomes@velaw.com<br><br>Mackenzie Gray Newman<br>Christopher Emmanuel Duffy<br>VINSON & ELKINS LLP<br>114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-237-0000<br>mnewman@velaw.com<br>cduffy@velaw.com | ***Live Well Chiropractic PLLC v. Multiplan, Inc. et al*, Case No. 1:24-cv-03680**<br><br>Brian D. Clark<br>David W. Asp<br>R. David Hahn<br>Derek Waller<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Ave. S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612-339-6900<br>bdclark@locklaw.com<br>dwasp@locklaw.com<br>rdhahn@locklaw.com<br>dcwaller@locklaw.com<br><br>Stephen J. Teti<br>Kristie A. LaSalle<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>265 Franklin St., Suite 1702<br>Boston, MA 02110<br>Telephone: 617-535-3763<br>sjteti@locklaw.com<br>kalasalle@locklaw.com<br><br>Kyle Pozan (IL Bar No. 6306761)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>1165 N. Clark Street, Suite 700<br>Chicago, IL 60610<br>Telephone: 312-205-8968<br>kjpozan@locklaw.co |
| ***Ivy Creek of Tallapoosa LLC et al v. Multiplan, Inc.*, Case No. 1:24-cv-03900**<br><br>Joseph P. Guglielmo | ***CHS/Community Health Systems, Inc. v. Multiplan, Inc.*, Case No. 1:24-cv-03544**<br><br>Dylan Ballard |

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>jguglielmo@scott-scott.com<br><br>Patrick J. Coughlin<br>Carmen Medici<br>Jonathan Smallwood<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619-798-5319<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>jsmallwood@scott-scott.com<br><br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St.<br>Colchester, CT 06415<br>Telephone: 860-531-2606<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>Labeat Rrahmani<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: 312-641-9750<br>lrrahmani@koreintillery.com<br><br>Christopher M. Burke<br>Walter Noss<br>Yifan (Kate) Lv<br>KOREIN TILLERY PC<br>707 Broadway, Suite 1410<br>San Diego, CA 92101<br>Telephone: 619-625-5620<br>cburke@koreintillery.com<br>wnoss@koreintillery.com | Michael Scarborough<br>VINSON & ELKINS<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: 415-979-6955<br>dballard@velaw.com<br>mscarborough@velaw.com<br><br>Mackenzie Grey Newman<br>James McGovern<br>VINSON & ELKINS LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-237-0000<br>mnewman@velaw.com<br>jmcgovern@velaw.com<br><br>Stephen M. Medlock<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Ave., NW<br>Suite 500 West<br>Washington, DC 20037<br>Telephone: 202-639-6578<br>smedlock@velaw.com |

| | |
|---|---|
| klv@koreintillery.com | |
| ***Curtis F. Robinson MD Inc. d/b/a Panoramic Medicine, Case No. 3:24-cv-02993***<br><br>Yaman Salahi<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Telephone: 415-212-9300<br>ysalahi@edelson.com<br><br>Natasha J. Fernandez-Silber<br>Julian Zhu<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois, 60654<br>Telephone: 773-389-2242<br>nfernandezsilber@edelson.com<br>jzhu@edelson.com | |

## **DEFENSE COUNSEL**

| ***Multiplan, Inc. & Multiplan Corp***<br><br>Gary Feinerman<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312-876-7700<br>gary.feinerman@lw.com<br><br>Eric Evans Wohlforth ,Jr<br>ROBINSON & COLE LLP<br>666 Third Avenue<br>Ste 20th Floor<br>New York, NY 10017<br>Telephone: 212-451-2999<br>ewohlforth@rc.com<br><br>Errol J. King<br>Brittany Holt Alexander<br>Katherine C. Mannino<br>Taylor J. Crousillac | ***Health Care Service Corporation***<br><br>Brian Kavanaugh<br>Scott D. Stein<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>bkavanaugh@sidley.com<br>sstein@sidley.com |

| | |
|---|---|
| PHELPS DUNBAR LLP<br>II City Plaza<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5618<br>Telephone: 225-346-0285<br>errol.king@phelps.com<br>brittany.alexander@phelps.com<br>katie.mannino@phelps.com<br>taylor.crousillac@phelps.com<br><br>Lawrence Edward Buterman<br>Katherine A. Rocco<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-906-1200<br>lawrence.buterman@lw.com<br>katherine.rocco@lw.com<br><br>Sadik Harry Huseny<br>Brendan McShane<br>LATHAM & WATKINS, LLP<br>505 Montgomery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: 415-391-0600<br>sadik.huseny@lw.com<br>brendan.mcshane@lw.com<br><br>Anna M Rathbun<br>Molly M. Barron<br>LATHAM & WATKINS<br>555 Eleventh Street, NW, Suite1000<br>Washington, DC 20004<br>Telephone: 202-637-2200<br>anna.rathbun@lw.com<br>molly.barron@lw.com<br><br>Craig L. Caesar<br>PHELPS DUNBAR LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130<br>Telephone: 504-584-9272<br>Craig.Caesar@phelps.com | |
| ***Aetna, Inc.***<br><br>Jonathan B. Pitt | ***Elevance Health, Inc.***<br><br>E. Desmond Hogan |

| | |
|---|---|
| Katherine A. Trefz<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Telephone: 202-434-5000<br>jpitt@wc.com<br>ktrefz@wc.com | Justin Bernick<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Telephone: 202-637-5600<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>Jordan D. Teti<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 310-785-4600<br>jordan.teti@hoganlovells.com |
| ***Centene Corporation***<br><br>Arthur J. Burke<br>Sheila R. Adams James<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>arthur.burke@davispolk.com<br>sheila.adams@davispolk.com | ***The Cigna Group***<br><br>Daniel R. Campbell (SBN 6312473)<br>Emilie O'Toole (SBN 6330228)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>Telephone: 312-372-2000<br>dcampbell@mwe.com<br>eotoole@mwe.com<br><br>Joshua B. Simon<br>Warren Haskel<br>Dmitriy Tishyevich<br>Chelsea Cosillos<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: 212-547-5400<br>jsimon@mwe.com<br>whaskel@mwe.com<br>dtishyevich@mwe.com<br>ccosillos@mwe.com |
| ***United Healthcare Group, Inc.***<br><br>Rachel Brass<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415-393-8293 | ***Kaiser Foundation Health Plan (Kaiser Permanente LLC)***<br><br>Jason Stiehl<br>CROWELL & MORING LLP<br>455 North City front Plaza Drive, Suite 3600<br>Chicago, IL 60611 |

| | |
|---|---|
| RBrass@gibsondunn.com<br><br>Heather Richardson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7409<br>HRichardson@gibsondunn.com<br><br>Joshua Lipton<br>Kristen Limarzi<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Ave NW<br>Washington DC 20036<br>Telephone: 202-955-8226<br>jlipton@gibsondunn.com<br>klimarzi@gibsondunn.com<br><br>Scott J. Fisher<br>Eric Y. Choi<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle St., Suite 1700<br>Chicago, IL, 60602<br>Telephone: 312-269-8035<br>sfisher@nge.com<br>echoi@nge.com | Telephone: 312-321-4200<br>jstiehl@crowell.com<br><br>Jason C. Murray<br>Jordan L. Ludwig<br>Jazmine Buckley<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4750<br>jmurray@crowell.com<br>jludwig@crowell.com<br>jbuckley@crowell.com<br><br>Ashley L. McMahon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: 202-624-2500<br>amcmahon@crowell.com<br><br>Melissa Nguyen<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: 415-365-7228<br>mnguyen@crowell.com |
| *Humana, Inc.*<br><br>Daniel P. Culley<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue NW, Suite 1000<br>Washington DC 20037<br>Telephone: 202-974-1500<br>dculley@cgsh.com<br><br>Heather Nyong'o<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>650 California Street, Suite 2000<br>San Francisco, CA 94108<br>Telephone: 415-796-4480<br>hnyongo@cgsh.com<br><br>Scott Solberg | *Viant Inc.; Viant Payment Systems, Inc.; National Care Network LP; National Care Network LLC*<br><br>Gary Feinerman<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312-876-7700<br>gary.feinerman@lw.com<br><br>Lawrence Edward Buterman<br>Katherine A. Rocco<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-906-1200<br>lawrence.buterman@lw.com<br>katherine.rocco@lw.com |

| | |
|---|---|
| Benjamin E. Waldin<br>Vanessa Jacobsen<br>John K. Adams<br>EIMER STAHL LLP<br>224 S. Michigan Ave, Suite 1100<br>Chicago, IL 60604<br>Telephone: 312-660-7600<br>ssolberg@eimerstahl.com<br>bwaldin@eimerstahl.com<br>vjacobsen@eimerstahl.com<br>jadams@eimerstahl.com | Sadik Harry Huseny<br>LATHAM & WATKINS, LLP<br>505 Montgomery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: 415-391-0600<br>sadik.huseny@lw.com |
| ***Blue Shield of California, Inc.***<br><br>Stephen David Libowsky<br>MANATT, PHELPS & PHILLIPS, LLP<br>151 North Franklin Street, Ste 2600<br>Chicago, IL 60606<br>Telephone: 312-477-4798<br>SLibowsky@manatt.com<br><br>Gregory N. Pimstone<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: 310-312-4133<br>gpimstone@manatt.com<br><br>Rebecca A. Finkel<br>MANATT PHELPS & PHILLIPS LLP<br>151 N Franklin St, Suite 2600<br>Chicago, IL 60606<br>Telephone: 312-529-6300<br>rfinkel@manatt.com | ***Blue Cross and Blue Shield of Florida, Inc.***<br><br>Karin A DeMasi<br>CRAVATH, SWAINE & MOORE LLP<br>2 Manhattan Plaza<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212-474-1000<br>kdemasi@cravath.com<br><br>Dylan D. Smith<br>COTSIRILOS, TIGHE, STREICKER, POULOS &<br>CAMPBELL, LTD<br>55 East Monroe Street, Ste 3250<br>Chicago, IL 60603<br>Telephone: 312-263-0349<br>dsmith@cotsiriloslaw.com<br><br>Hannah Lynne Dwyer<br>CRAVATH, SWAINE & MOORE LLP<br>2 Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212-474-1000<br>hdwyer@cravath.com<br><br>Lauren R. Kennedy<br>CRAVATH, SWAINE & MOORE LLP<br>New York<br>2 Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212-474-1000<br>lkennedy@cravath.com |

| *Blue Cross Blue Shield of Michigan Mutual Insurance Co.*<br><br>Todd Stenerson<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>401 9th St. NW, Suite 800<br>Washington, DC 20004<br>Telephone: 202-508-8093<br>todd.stenerson@aoshearman.com | *Health Alliance Medical Plans, Inc.*<br><br>Matthew John O'Hara<br>SMITH, GAMBRELL & RUSSELL, LLP<br>311 S. Wacker Drive, Ste 3000<br>Chicago, IL 60606<br>Telephone: 312-360-6871<br>mohara@sgrlaw.com<br><br>Jill Christine Anderson<br>SMITH, GAMBRELL & RUSSELL, LLP<br>311 S. Wacker Drive, Ste 3000<br>Chicago, IL 60606<br>Telephone: 312-360-6527<br>janderson@sgrlaw.com |
|---|---|

Dated: July 24, 2024

Respectfully submitted,

*/s/Deborah Elman*

Deborah Elman
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street
28th Floor
New York, New York 10005  Telephone: (212) 398-0055
delman@garwingerstein.com

*Counsel for Plaintiff Peak Chiropractic Health and Wellness LLC*