BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: MultiPlan Health Insurance Provider Litigation | MDL No. 3121 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Mehrnaz Jamali MD, Inc., the named plaintiff in the action captioned *Mehrnaz Jamali MD, Inc. v. MultiPlan, Inc. et al,* No. 5:24-cv-04508 pending in the Northern District of California, writes to notify the Panel of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint are attached.

DATED: August 8, 2024

Respectfully submitted,

*/s/ Shinae Kim-Helms*
Shinae Kim-Helms
Nathan Cihlar
Christopher V. Le
Joshua Callister
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: 703.764.8700
Fax: 703.764.8704
skimhelms@boiesbattin.com
ncihlar@boiesbattin.com
cle@boiesbattin.com
jcallister@boiesbattin.com

*Counsel for Plaintiff Mehrnaz Jamali MD, Inc.*