BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: MultiPlan Health Insurance Provider Litigation | MDL No. 3121 |
|---|---|

**SCHEDULE OF ADDITIONAL ACTION**

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Plaintiff(s):* Mehrnaz Jamali MD, Inc.<br><br>*Defendant(s):* Multiplan, Inc., Multiplan, Corp., UnitedHealth Group, Inc., Aetna, Inc., Elevance Health, Inc., Centene Corp., Cigna Group, Health Care Service Corp., Humana Inc., and Kaiser Permanente LLC | N.D. Cal. | 5:24-cv-04508<br>(*Filed July 25, 2024*) | Judge Edward J. Davila |

Dated: August 8, 2024

Respectfully submitted,

*/s/ Shinae Kim-Helms*
Shinae Kim-Helms
Nathan Cihlar
Christopher V. Le
Joshua Callister
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: 703.764.8700
Fax: 703.764.8704
skimhelms@boiesbattin.com
ncihlar@boiesbattin.com
cle@boiesbattin.com
jcallister@boiesbattin.com

*Counsel for Plaintiff Mehrnaz Jamali MD, Inc.*