### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

In re: MultiPlan Health Insurance Provider Litigation

MDL No. 3121

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, Alter Management LLC d.b.a. Alter Behavioral Health, Awakening Behavioral Health d.b.a. Renaissance Ranch Treatment Centers, Guardian Health Care Service, Inc. d.b.a. D'Amore Healthcare and PCI Westlake Centers write to notify you of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheet and complaint are attached.

Dated: August 21, 2024

**Napoli Shkolnik PLLC**

_____
Hunter Shkolnik

Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tel: (787) 493-5088
Fax: (646) 843-7603
Hunter@NSPRLaw.com

**Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin
Arnall Golden Gregory LLP
2100 Pennsylvania Ave., N.W., Suite 350S
Washington, D.C. 20037
Tel: (202) 677-4030
Fax: (202) 677-4031
Matt.Lavin@agg.com

**Seeger Weiss LLP**

<u>*/s/ Christopher A. Seeger*</u>
Christopher A. Seeger

Christopher A. Seeger
Jennifer R. Scullion
Seeger Weiss LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
Fax: (973) 679-8656
cseeger@seegerweiss.com
jscullion@seegerweiss.com

*Attorneys for Plaintiffs and the Proposed Class*