BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: MultiPlan Health Insurance Provider Litigation

MDL No. 3121

NOTICE OF POTENTIAL TAG-ALONG ACTION
**SCHEDULE OF ACTIONS**

| Case Caption | Court and Division | Civil Action No. | Judge Assigned |
|---|---|---|---|
| **Plaintiffs:** Alter Management LLC d.b.a. Alter Behavioral Health, Awakening Behavioral Health d.b.a. Renaissance Ranch Treatment Centers, Guardian Health Care Service, Inc. d.b.a. D'Amore Healthcare and PCI Westlake Centers. **Defendants:** MultiPlan, Inc., Aetna, Inc., The Cigna Group, UnitedHealth Group Incorporated and Elevance Health, Inc. | S.D.N.Y. (Foley Square) | 1:24-CV-06293 | Judge Loretta A. Preska |