BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: MultiPlan Health Insurance Provider Litigation

MDL No. 3121

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action, docket sheet, and complaint were served on the following parties electronically via CM/ECF, or as indicated below, on August 21, 2024.

*Alter Management LLC et al v. Multiplan, Inc. et al.,*
*Case No. 1:24-cv-06293-LAP SDNY (Foley Square)*

**Service via email or CM/ECF:**

| **Defendant Elevance Health, Inc.** | **Defendant The Cigna Group** |
|---|---|
| E. Desmond Hogan<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.,<br>Washington, D.C. 20004<br>(email): desmond.hogan@hoganlovells.com<br>(Via CM/ECF) | Joshua B. Simon<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(email): jsimon@mwe.com<br>(Via CM/ECF) |
| **Defendant Aetna, Inc.** | **Defendant MultiPlan, Inc.** |
| Jonathan B. Pitt<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>(email): JPitt@wc.com<br>(Via CM/ECF) | Sadik Huseny<br>Latham & Watkins LLP<br>300 Colorado St., Suite 2400<br>Austin, TX 78701<br>(email): sadik.huseny@lw.com<br>(Via CM/ECF) |

| | |
|---|---|
| **Defendant UnitedHealth Group Incorporated**<br><br>Rachel S. Brass<br>Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Tel. (415) 393-8293<br>(email): rbrass@gibsondunn.com<br>(CM/ECF) | |

Dated: August 21, 2024

**Napoli Shkolnik PLLC**

/s/ Hunter Shkolnik
Hunter Shkolnik

Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tel: (787) 493-5088
Fax: (646) 843-7603
Hunter@NSPRLaw.com

**Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin
Arnall Golden Gregory LLP
2100 Pennsylvania Ave., N.W., Suite 350S
Washington, D.C. 20037
Tel: (202) 677-4030
Fax: (202) 677-4031
Matt.Lavin@agg.com

**Seeger Weiss LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Christopher A. Seeger
Jennifer R. Scullion
Seeger Weiss LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
Fax: (973) 679-8656
cseeger@seegerweiss.com
jscullion@seegerweiss.com

*Attorneys for Plaintiffs and the Proposed Class*