**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | MDL No. 3121 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants MultiPlan, Inc., Claritev Corporation, Medical Audit & Review Solutions, Inc., National Care Network, LLC, Viant Payment Systems, Inc., and Viant, Inc. writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

The docket sheet and complaint are attached.

Dated: March 20, 2026

By: */s/ Sadik Huseny*

Sadik Huseny
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

*Counsel for Defendants MultiPlan, Inc., Claritev Corporation, Medical Audit & Review Solutions, Inc., National Care Network, LLC, Viant Payment Systems, Inc., and Viant, Inc.*