**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | MDL No. 3121 |

**SCHEDULE OF ACTIONS**

| Caption | District Court | Civil Action No. | Judge |
|---|---|---|---|
| *VIP Medical Group d/b/a Capital Vein and Pain, P.C.; Ellison Medical Group Vein Treatment Center; Vein Treatment NJ, LLC; Pain Doctors of America, PLLC; Shore Medical Treatment, PLLC; MNI Medical Services, PLLC; and Medical Services of Manhattan PLLC v. Aetna Life Insurance Co.; MultiPlan, Inc. a/k/a Data iSight and Viant n/k/a Claritev Corporation; and ABC Corps. 1-100* | D.N.J. | 2:26-cv-02347 | Hon. Madeline Cox Arleo |