**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | MDL No. 3121 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action were served on all parties in the following case via email on March 20, 2026.

*VIP Medical Group, et al. v. Aetna Life Insurance Co., et al.*
Case No. 2:26-cv-02347 (D.N.J.)

*Counsel for Plaintiffs VIP Medical Group d/b/a Capital Vein and Pain, P.C.; Ellison Medical Group Vein Treatment Center; Vein Treatment NJ, LLC; Pain Doctors of America, PLLC; Shore Medical Treatment, PLLC; MNI Medical Services, PLLC; and Medical Services of Manhattan PLLC*

Lori B. Shlionsky
CALLAGY LAW, P.C.
650 From Road, Suite 240
Paramus, NJ 07652
Telephone: (201) 261-1700
lshlionsky@callagylaw.com

*Counsel for Defendant Aetna Life Insurance Co.*

Mariellen Dugan
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Telephone: (862) 397-1796
mdugan@ck-litigation.com

*Counsel for Defendant MultiPlan, Inc.*

Erin M. Turner
PHELPS DUNBAR LLP
2102 East State Highway 114, Suite 207
Southlake, TX 76092
Telephone: (817) 722-9453
erin.turner@phelps.com

[SIGNATURE PAGE FOLLOWS]

Dated: March 20, 2026

By: */s/ Sadik Huseny*

Sadik Huseny
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

*Counsel for Defendants MultiPlan, Inc., Claritev Corporation, Medical Audit & Review Solutions, Inc., National Care Network, LLC, Viant Payment Systems, Inc., and Viant, Inc.*